## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELSO FERREIRA,** | : | |
| **Petitioner** | : | **No. 1:23-cv-01527** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **R. THOMPSON, Warden of LSCI** | : | |
| **Allenwood,** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, on this 1st day of April 2026, upon consideration of pro se Petitioner Delso Ferreira's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1.    The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED AS MOOT**; and

2.    The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania